**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SUNOCO PIPELINE LP** | : | |
| | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| **v.** | : | |
| | : | **NO. 25-3694** |
| **DANIEL LA HART, et al.** | : | |
| | : | |
| *Defendants*. | : | |

---

**ORDER**

**AND NOW**, this 23rd day of September, 2026, upon receipt of the Judgment and mandate of the United States Court of Appeals for the Third Circuit, ECF No. 24, and upon consideration of the parties' Joint Status Report, ECF No. 25, it is hereby **ORDERED** that:

1. Consistent with the mandate of the Court of Appeals, this action is **DISMISSED WITHOUT PREJUDICE**.

2. Defendants' Motion to Dismiss, ECF No. 20, is **DENIED AS MOOT** to the extent it seeks dismissal of this action.

3. Defendants may file a renewed motion for sanctions on or before **September 30, 2026**. Plaintiff shall respond within fourteen (14) days of the filing of any renewed motion, and Defendants may reply within seven (7) days thereafter. No further briefing shall be filed absent leave of Court.

4. The Clerk of Court shall mark this matter **CLOSED**. The Court retains jurisdiction solely to resolve any timely renewed request for sanctions.

BY THE COURT:

______________________________
Hon. Mia R. Perez